# IN THE SUPREME COURT OF THE STATE OF NEVADA

AMIR SAFWAN, A/K/A JACKIE REYNOLDS,

         Appellant,

vs.

THE STATE OF NEVADA,

         Respondent.

No. 79702

FILED

OCT 23 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order denying a motion for additional credit for time served. Eighth Judicial District Court, Clark County; Ronald J. Israel, Judge.

Because no statute or court rule permits an appeal from an order denying a motion for additional credit for time served, this court lacks jurisdiction to consider this appeal. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Pickering

_____, J.
Parraguirre

_____, J.
Cadish

cc: Hon. Ronald J. Israel, District Judge
Amir Safwan
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk